**No. 61096.**—Schuco Toy Co., Inc. *v.* United States, protest 293670–K (New York).

Opinion by OLIVER, C. J.  When the case was called for hearing, counsel for the Government conceded the correctness of plaintiff's claim.  On the established facts, the claim of the plaintiff was sustained.